IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE SUBSCRIBER ASSIGNED IP | : | |
| ADDRESS 73.81.90.15 | : | NO. 18-1634 |

ORDER

AND NOW, this 2nd day of July, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant to quash subpoena or alternatively for a protective order (Doc. # 5) is GRANTED in part and DENIED in part as follows:

(1) the motion to quash subpoena is DENIED; and

(2) the motion is GRANTED to the extent that defendant seeks a protective order. In any public filing, all parties shall refer to defendant as John Doe and shall redact all information that may reveal defendant's identity. If necessary, the parties may disclose defendant's identity in filings made under seal or in in camera submissions to the court. This protective order is without prejudice to the right of the court on its own motion or the motion of plaintiff to vacate or modify the order in the interest of justice.

BY THE COURT:

/s/ Harvey Bartle III
                                             J.